# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 7. Mediation Questionnaire

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form07instructions.pdf

**9th Cir. Case Number(s)** | 20-55444; D.C. No 2:18-cv-09503-AB-JEM

**Case Name** | Jayme Tipton v. Airport Terminal Services, Inc, et al

**Counsel submitting this form** | Counsel for the Plaintiff, Jayme Tipton

**Represented party/parties** | Plaintiff Jayme Tipton

*Briefly describe the dispute that gave rise to this lawsuit.*

Plaintiff/Appellant Jayme Tipton worked as a Groomer for Defendant Airport Terminal Services. While cleaning a Jet Blue plane Tipton injured herself and was diagnosed with what appeared to be a torn rotator cuff. Plaintiff was placed on a leave of absence. Defendant failed to engage in the interactive process to determine if light duties were available for Tipton and they failed to accommodate her by, at the very least, allowing her to stay on leave until she was cleared to return to work (which was only a few weeks past her termination date). Furthermore, after approximately one month on leave, Defendant told Tipton that unless she returns with no restriction she was going to be terminated if she did not resign. Without confirmation from Tipton, Defendant processed her resignation. A replace was not hired for Tipton until two months after she was terminated.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**      *1*      Rev. 12/01/2018

*Briefly describe the result below and the main issues on appeal.*

The Court granted Defendant's motion for summary judgment. Appellant's position is that there are disputed facts that negate summary judgment and adjudication. For example, the Court's tentative (which became the final order), held that there was no evidence that Tipton was required to return to work only when she had zero restrictions, however, Appellant did provide such evidence in their opposition papers. Also, Appellant provided a witness declaration demonstrating material disputed facts; the declaration was stricken on the grounds that the Defendant also provided a declaration from the same witness which disputed statements made by the witness in the version of the declaration that the Appellant provided.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

None.

**Signature** /s/Carney Shegerian    **Date** May 4, 2020

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**          *2*          *Rev. 12/01/2018*

**TIPTON v. ATS, et al.**                               **USDC Case No. 20-55444**

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am an employee in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 145 S. Spring Street, Suite 400, Los Angeles, California 90012.

    On May 4, 2020, I served the foregoing document, described as **"MEDIATION QUESTIONNAIRE"** on all interested parties in this action by placing a true copy thereof in a sealed envelope, addressed as follows:

**Aaron R. Lubeley, Esq.**
**Simon L. Yang, Esq.**
**Meagan Sue O'Dell, Esq.**
**SEYFARTH SHAW LLP**
**601 South Figueroa Street, Suite 3300**
**Los Angeles, California 90017-5793**

☒     **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☒     **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

    Executed on May 4, 2020, at Los Angeles, California.

                                                *Michael Ordonez*
                                                Michael Ordonez