UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 03 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JAYME TIPTON,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>AIRPORT TERMINAL SERVICES, INC,<br><br>        Defendant - Appellee,<br><br> and<br><br>EDGAR TRUJILLO; et al.,<br><br>        Defendants. | No. 20-55444<br><br>D.C. No. 2:18-cv-09503-AB-JEM<br>U.S. District Court for Central California, Los Angeles<br><br>**ORDER**<br><br>**(DIAL-IN CONFERENCE)** |

A **dial-in** telephone conference will be held on June 16, 2020, at 2:00 p.m. **Pacific Time.**

      **Each participant will receive an email with dial-in information.**

      **Please notify the Mediation Office at mediation@ca9.uscourts.gov if counsel does not receive an email or if additional participants should be added.**

      FOR THE COURT:

      Sasha M. Cummings
      Circuit Mediator

bls/mediation