UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 12 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JAYME TIPTON,<br><br>       Plaintiff - Appellant,<br><br> v.<br><br>AIRPORT TERMINAL SERVICES, INC,<br><br>       Defendant - Appellee,<br><br> and<br><br>EDGAR TRUJILLO; et al.,<br><br>       Defendants. | No. 20-55444<br><br>D.C. No. 2:18-cv-09503-AB-JEM<br>U.S. District Court for Central California, Los Angeles<br><br>**ORDER** |

The **dial-in** conference previously scheduled for June 16, 2020, is rescheduled to July 2, 2020, at 1:30 p.m. **Pacific Time.**

**Each participant will receive an email modifying the dial-in information.**

FOR THE COURT:

Sasha M. Cummings
Circuit Mediator

bls/mediation