UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 02 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JAYME TIPTON,<br><br>        Plaintiff - Appellant,<br>v.<br><br>AIRPORT TERMINAL SERVICES, INC,<br><br>        Defendant - Appellee,<br>and<br><br>EDGAR TRUJILLO; et al.,<br><br>        Defendants. | No. 20-55444<br><br>D.C. No. 2:18-cv-09503-AB-JEM<br>U.S. District Court for Central California, Los Angeles<br><br>**ORDER** |

On or before July 15, 2020, counsel shall provide a status report by email to the Circuit Mediator (sasha_m_cummings@ca9.uscourts.gov). The status report should not be filed with the court.

The briefing schedule previously set by the court is amended as follows: appellant's opening brief is due October 5, 2020; appellee's answering brief is due November 4, 2020 and appellant's optional reply brief is due within 21 days after service of the answering brief. *See* 9th Cir. R. 3-3(b).

FOR THE COURT:

Sasha M. Cummings
Circuit Mediator

bls/mediation