UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 03 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JAYME TIPTON,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>AIRPORT TERMINAL SERVICES, INC,<br><br>        Defendant - Appellee,<br><br> and<br><br>EDGAR TRUJILLO; et al.,<br><br>        Defendants. | No. 20-55444<br><br>D.C. No. 2:18-cv-09503-AB-JEM<br>U.S. District Court for Central California, Los Angeles<br><br>**ORDER** |

By October 6, 2020, appellant shall file either a motion or a stipulation to dismiss this matter pursuant to Fed. R. App. P. 42(b), or shall contact the Circuit Mediator.

The briefing schedule previously set by the court is vacated.

FOR THE COURT:

Sasha M. Cummings
Circuit Mediator

bls/mediation