UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 07 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JAYME TIPTON,<br><br>   Plaintiff - Appellant,<br><br> v.<br><br>AIRPORT TERMINAL SERVICES, INC,<br><br>   Defendant - Appellee,<br><br> and<br><br>EDGAR TRUJILLO; et al.,<br><br>   Defendants. | No. 20-55444<br><br>D.C. No. 2:18-cv-09503-AB-JEM<br>U.S. District Court for Central California, Los Angeles<br><br>**ORDER** |

 The court has been informed that the parties require additional time to file a motion or stipulation to dismiss this appeal. By November 17, 2020, appellant shall file either a motion or stipulation to dismiss this matter or shall contact the Circuit Mediator.

            FOR THE COURT:

            Sasha M. Cummings
            Circuit Mediator

bls/mediation