UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 30 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JAYME TIPTON,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>AIRPORT TERMINAL SERVICES, INC,<br><br>        Defendant - Appellee,<br><br> and<br><br>EDGAR TRUJILLO; et al.,<br><br>        Defendants. | No. 20-55444<br><br>D.C. No. 2:18-cv-09503-AB-JEM<br>U.S. District Court for Central California, Los Angeles<br><br>**ORDER**<br><br>**(DIAL-IN CONFERENCE)** |

A dial-in telephone conference will be held on December 8, 2020, at 10:00 a.m. **Pacific Time.**

Each participant will receive an email with dial-in information.

Please notify the Mediation Office at mediation@ca9.uscourts.gov if counsel does not receive an email or if additional participants should be added.

FOR THE COURT:

Sasha M. Cummings
Circuit Mediator

bls/mediation