UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 30 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JAYME TIPTON,<br><br>           Plaintiff - Appellant,<br><br> v.<br><br>AIRPORT TERMINAL SERVICES, INC,<br><br>           Defendant - Appellee,<br><br> and<br><br>EDGAR TRUJILLO; et al.,<br><br>           Defendants. | No. 20-55444<br><br>D.C. No. 2:18-cv-09503-AB-JEM<br>U.S. District Court for Central California, Los Angeles<br><br>**ORDER** |

The court has been informed that the parties require additional time to file a motion or stipulation to dismiss this appeal. By December 15, 2020, appellant shall file either a motion or stipulation to dismiss this matter or shall contact the Circuit Mediator.

FOR THE COURT:

bls/mediation

Sasha M. Cummings
Circuit Mediator