UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| Jayme Tipton<br><br>Plaintiff - Appellant,<br><br>v.<br>Airport Terminal Services, Inc.<br><br>Defendant - Appellee. | 9th Cir. No. 20-55444<br><br>STIPULATED MOTION TO VOLUNTARILY DISMISS APPEAL |

Pursuant to Federal Rule of Appellate Procedure 42(b), all parties hereby move the Court for an order dismissing the above-captioned appeal.

The parties have agreed that each side shall bear its own costs and fees on appeal.

Dated: Nov 18, 2020

Aaron Gbewonyo
Attorney for Appellant

Aaron R. Lubeley
Attorney for Appellee